## UNITED STATES of America, Plaintiff–Appellee,

v.

## James Calvin SEGERS, Defendant–Appellant.

### No. 01–7166.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 20, 2001.

Decided Dec. 19, 2001.

James Calvin Segers, Appellant Pro Se. Michael Francis Joseph, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

James Calvin Segers appeals the magistrate judge's order denying his motion for a copy of the grand jury transcript, jury selection at trial, and jury instructions at government expense. Because he seeks the transcripts in connection with his appeal in *United States v. Segers*, No. 00–7427 (4th Cir. Nov. 5, 2001), which has

been dismissed, we dismiss the instant appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*